

# ELECTRONIC RECORD

COA #   10-13-00313-CR

OFFENSE:  Aggravated Sexual Assault

STYLE:  Howard Harris, Jr. v. The State of Texas

COUNTY:  Brazos

TRIAL COURT:        85th District Court

TRIAL COURT #:      12-02272-CRF-85

TRIAL COURT JUDGE:  Hon. J. D. Langley

DISPOSITION:     AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE:      December 11, 2014

JUSTICE:  Davis                    PC _____  S  YES

PUBLISH: _____     DNP:  YES _____

CLK RECORD:   9/20/2013

RPT RECORD:   3/25/2014

STATE BR:     8/4/2014

APP BR:       6/24/2014

SUPP CLK RECORD:  _____

SUPP RPT RECORD: _____

SUPP BR: _____

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # __ **O11-15** ___

-----------------

_____ **PRO SE** _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__**REFUSED**_____

DATE: _**04/22/2015**_____

JUDGE: _**Per Curiam**_____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-----------------

**PRO SE** MOTION FOR REHEARING IN

CCA IS: _**denied**_ ON ~~May 20, 2015~~
                      June 3, 2015

JUDGE: _**PC**_____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 10-13-00313-cr
PD-0011-15

6/3/2015
Harris, Howard, Jr.      Tr. Ct. No. 12-02272-CRF-85

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

10TH COURT OF APPEALS CLERK
MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVE., RM 415
WACO, TX 76701
* DELIVERED VIA E-MAIL *